UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| MICHAEL LAFERRIERE,<br>    *Plaintiff*, | )<br>)<br>)<br>) | Case No.: 3:23-CV-00224-SRU |
| v. | )<br>) |  |
| THE RAYMOND CORPORATION,<br>    *Defendant*. | )<br>)<br>)<br>) |  |

## **JOINT MOTION TO EXTEND EXPERT DISCOVERY DEADLINES**

The Plaintiff, Michael Laferriere, and the Defendant, The Raymond Corporation ("the parties"), hereby jointly move this Court to extend the current Scheduling Order deadlines for expert discovery and to adjust all subsequent deadlines in accordance therewith, as set forth herein. In support, the parties jointly state the following:

This case involves alleged defects in a pallet jack allegedly manufactured and sold by the Defendant. To date, the parties have engaged cooperatively in the discovery process and have exchanged paper discovery, however, there is still additional written discovery outstanding and depositions remain outstanding on both sides. The parties anticipate completing the outstanding depositions by the end of April and/or early May. The outstanding fact discovery is necessary for full and complete expert disclosures and related discovery. As such, the parties require additional time to provide expert disclosures and respectfully request that the Court adopt the proposed deadlines set forth below, which also accounts for the scheduling obligations of the parties and their respective counsel.

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Plaintiff's Expert Disclosures | April 21, 2025 | July 7, 2025 |
| Defendant's Expert Disclosures | May 30, 2025 | August 7, 2025 |
| All Expert Discovery (including any expert depositions) | June 30, 2025 | September 8, 2025 |
| Dispositive Motions | July 30, 2025 | October 8, 2025 |
| Joint Trial Memorandum | September 30, 2025 | December 8, 2025 |
| Trial Ready Date | October 30, 2025 | January 12, 2026 |

The modified deadlines requested above will best serve the interests of the case and will allow the parties the time necessary to complete remaining discovery and expert disclosures. Neither party will suffer any unfair prejudice as a result of the modified deadlines.

WHEREFORE, the parties jointly and respectfully request that the Court grant this Motion and adopt the proposed modified deadlines set forth herein.

Respectfully Submitted,

FOR THE PLAINTIFF,

**/s/ Michaela M. Weaver**
John T. Martin, *Pro hac vice* (MA BBO 676344)
Michaela M. Weaver, *Pro hac vice* (MA BBO 705985)
Sullivan & Sullivan, LLP
83 Walnut Street
Wellesley, MA 02481
Tel: 781-263-9400
jmartin@sullivanllp.com
mweaver@sullivanllp.com

**/s/ Paul Levin**
Paul Levin (Local Counsel)
Law Offices of Paul Levin LLC
40 Russ Street
Hartford, CT 06106
(860) 560-7226
Plevin1111@aol.com


FOR THE DEFENDANT,

**/s/ Evan Thomsen**
Evan Thomsen (*pro hac vice*)
Raymond D. Jamieson (*pro hac vice*)
Quarles & Brady, LLP
411 E Wisconsin Ave, Suite 2400
Milwaukee, WI 53202
(414) 277-5270
Evan.thomsen@quarles.com
Raymond.jamieson@quarles.com

***/s/* Mark J. Claflin**
Mark J. Claflin (Local Counsel)
Howd & Ludorf, LLC
100 Great Meadow Road, Ste. 201
Wethersfield, CT 06109
(860) 249-1261
mclaflin@hl-law.com


Dated: March 19, 2025


CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document filed electronically through the CM/ECF system was served electronically upon all registered participants, as identified on the Notice of Electronic Filing (NEF) system on March 19, 2025.


**/s/ Michaela M. Weaver**