UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL LAFERRIERE, | ) |
| Plaintiff, | ) Case No.: <u>3:23-CV-00224-SRU</u> |
| v. | ) |
| THE RAYMOND CORPORATION, | ) |
| Defendant. | ) |

**THIRD JOINT MOTION TO EXTEND THE SCHEDULING ORDER DEADLINES**

The Plaintiff, Michael Laferriere, and the Defendant, The Raymond Corporation ("the Parties") hereby jointly move this Court to extend the Scheduling Order deadlines as proposed herein. In support of this Motion, the Parties jointly state the following:

1. To date, the Parties have worked cooperatively and in good faith to complete discovery, including exchanging written discovery, producing responsive documents, and taking depositions.

2. Despite these efforts, there remain several outstanding discovery items, including additional party and non-party depositions, that have not yet been completed. The parties are in the process of scheduling the depositions of Plaintiff's coworkers and employer. Scheduling conflicts, including availability issues among counsel, witnesses, and experts on both sides, have contributed to delays in finalizing the discovery phase.

3. The Parties remain committed to completing all necessary discovery and are actively working together to coordinate the remaining depositions and resolve outstanding matters.

1

4. Accordingly, additional time is needed to ensure that discovery is completed thoroughly and efficiently.

5. Additionally, outstanding fact discovery is necessary for the completion of expert disclosures and related discovery.

6. As such, the Parties respectfully request that the Court amend the tracking order and adopt the following deadlines:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| All Fact Discovery (including any fact witness depositions) | None | April 1, 2026 |
| Plaintiff's Expert Disclosures | November 4, 2025 | May 4, 2026 |
| Defendant's Expert Disclosures | December 5, 2025 | June 5, 2026 |
| All Expert Discovery (including any expert depositions) | January 6, 2026 | July 6, 2026 |
| Dispositive Motions | February 5, 2026 | August 5, 2026 |
| Joint Trial Memorandum | April 7, 2026 | September 29, 2026 |
| Trial Ready Date | May 11, 2026 | October 27, 2026 |

7. This is the Parties' third request to extend the tracking order deadlines, and the extension will best serve the needs of the case.

WHEREFORE, the Parties jointly and respectfully request that the Court grant this Motion and extend the tracking order deadlines as proposed herein.

Respectfully submitted,

FOR THE PLAINTIFF,

*/s/ Michaela M. Weaver*
John T. Martin, *Pro hac vice* (MA BBO #676344)
Michaela M. Weaver, *Pro hac vice* (MA BBO #705985)
Sullivan & Sullivan, LLP
83 Walnut Street
Wellesley, Massachusetts 02481
T: (781) 263-9400
F: (781) 239-1360
jmartin@sullivanllp.com
mweaver@sullivanllp.com

*/s/  Paul Levin*
Paul Levin (Local Counsel)
Law Offices of Paul Levin LLC
40 Russ Street
Hartford, CT 06106
(860) 560-7226


FOR THE DEFENDANT,

*/s/ Lillian S. Mobley*
Raymond D. Jamieson (*Admitted pro hac vice*)
Lillian S. Mobley (*Admitted pro hac vice*)
Quarles & Brady, LLP
411 E Wisconsin Ave, Suite 2400
Milwaukee, WI 43202
lillian.mobley@quarles.com
Raymond.jamieson@quarles.com

*/s/   Mark J. Claflin*
Mark J. Claflin (Local Counsel)
Howd & Ludorf, LLC
100 Great Meadow Road, Suite 201
Wethersfield, CT 06109
(860) 249-1261
mclaflin@hl-law.com


Dated: September 29, 2025

3

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing document filed electronically through the CM/ECF system was served electronically upon all registered participants, as identified on the Notice of Electronic Filing (NEF) system on September 29, 2025.

                                                          /s/ *Mark J. Claflin*
                                                          Mark J. Claflin