UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL LAFERRIERE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 3:23-CV-00224-SRU |
| | ) | |
| v. | ) | |
| | ) | |
| THE RAYMOND CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **FOURTH JOINT MOTION TO EXTEND THE SCHEDULING ORDER DEADLINES**

The Plaintiff, Michael Laferriere, and the Defendant, The Raymond Corporation ("the Parties") hereby jointly move this Court to extend the Scheduling Order deadlines as proposed herein.  In support of this Motion, the Parties jointly state the following:

1.  To date, the Parties have worked cooperatively and in good faith to complete discovery, including exchanging written discovery, producing responsive documents, and taking and noticing depositions.

2.  The Parties have completed the deposition of the Plaintiff, however, there is outstanding fact discovery that still needs to be completed, including the 30(b)(6) deposition of the Defendant, which was previously noticed within the discovery period, as well as several non-party depositions noticed by the Defendant. Scheduling conflicts, including availability issues among counsel, witnesses, and experts on both sides, have contributed to delays in finalizing the discovery phase.

3. The Parties remain committed to completing all necessary discovery and are actively working together to schedule the remaining depositions, which they expect to conduct in April, May, and June of 2026.

4. Accordingly, additional time is needed to ensure that discovery is completed thoroughly and efficiently.

5. Additionally, completion of the outstanding fact discovery is necessary for the completion of expert disclosures.

6. As such, the Parties respectfully request that the Court amend the current Scheduling Order and adopt the following deadlines:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| All Fact Discovery (including any fact witness depositions) | April 1, 2026 | June 30, 2026 |
| Plaintiff's Expert Disclosures | May 4, 2026 | August 4, 2026 |
| Defendant's Expert Disclosures | June 5, 2026 | September 4, 2026 |
| All Expert Discovery (including any expert depositions) | July 6, 2026 | October 5, 2026 |
| Dispositive Motions | August 5, 2026 | November 5, 2026 |
| Joint Trial Memorandum | September 29, 2026 | January 7, 2027 |
| Trial Ready Date | October 27, 2026 | February 8, 2027 |

7. This is the Parties' fourth request to extend the Scheduling Order deadlines, and the extension requested herein will best serve the needs of the case and the interests of the Parties.

WHEREFORE, the Parties jointly and respectfully request that the Court grant this Motion and extend the Scheduling Order deadlines as proposed herein.

Respectfully submitted,

FOR THE PLAINTIFF,

**/s/ Michaela M. Weaver**
John T. Martin*, Pro hac vice* (MA BBO #676344)
Michaela M. Weaver, *Pro hac vice* (MA BBO #705985)
Sullivan & Sullivan, LLP
83 Walnut Street
Wellesley, Massachusetts 02481
T: (781) 263-9400
F: (781) 239-1360
jmartin@sullivanllp.com
mweaver@sullivanllp.com

**/s/ Paul Levin**
Paul Levin (Local Counsel)
Law Offices of Paul Levin LLC
40 Russ Street
Hartford, CT 06106
(860) 560-7226


FOR THE DEFENDANT,

**/s/ Lillian S. Mobley**
Raymond D. Jamieson (*Pro hac vice)*
Lillian S. Mobley (*Pro hac vice)*
Quarles & Brady LLP
411 E Wisconsin Ave, Suite 2400
Milwaukee, WI 43202
lillian.mobley@quarles.com
Raymond.jamieson@quarles.com

**/s/ Mark J. Claflin**
Mark J. Claflin (Local Counsel)
CMBG3 Law P.C.
53 State Street
Suite 1302
Boston, MA  02109
Main: 617.279.8200
Direct: 617.885.8055
Email:  mclaflin@CMBG3.COM


Dated: March 25, 2026

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document filed electronically through the CM/ECF system was served electronically upon all registered participants, as identified on the Notice of Electronic Filing (NEF) system on March 25, 2026.

**/s/ Michaela M. Weaver**